**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 23-1879**

―――――――――

LARRY SQUIRES,

        Plaintiff - Appellant,

    v.

MERIT SYSTEMS PROTECTION BOARD; UNITED STATES DEPARTMENT
OF THE NAVY,

        Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the Eastern District of North Carolina, at
Greenville.  James C. Dever III, District Judge.  (4:19-cv-00005-D)

―――――――――

Submitted:  December 19, 2024              Decided:  December 23, 2024

―――――――――

Before KING and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Larry Squires, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Squires appeals the district court's order dismissing his second amended complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Squires v. Merit Sys. Prot. Bd.*, No. 4:19-cv-00005-D (E.D.N.C. July 17, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*